In the Matter of the Accounting of ALLAN C. WILLIAMSON, Respondent, and EDITH S. WILLIAMSON, Appellant, as Administrators with the Will Annexed of CHARLES D. STRANG, Deceased.— Order of the Surrogate's Court, Kings County, directing examination of appellant, pursuant to section 263 of the Surrogate's Court Act, affirmed, with $10 costs and disbursements to respondent, payable out of the estate, the examination to proceed on five days' notice. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

■

CAROLE KALKSTEIN et al., Infants, by RUTH JACOBSON, Their Guardian ad Litem, Respondents, v. BEN KALKSTEIN et al., Defendants, and JACOB R. MELSON, Appellant.— In an action brought by plaintiffs to enforce a trust agreement allegedly made by their father, the individual defendant, with respect to stock of the corporate defendant, one Jacob R. Melson appeals from an order denying his motion to permit him to intervene as a party defendant in the action. Order affirmed, with $10 costs and disbursements. On the record submitted appellant has not established that he is a person who may be bound by a judgment in the action, representation of whose interest by existing parties is or may be inadequate, or that he is so situated as to be adversely affected by a distribution or other disposition of property subject to the control of or disposition by the court or an officer thereof. (Civ. Prac. Act, § 193-b.) Nolan P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

■

MARTIN L. MYERS et al., Copartners Doing Business under the Name of MYERS & ZIMMERMAN, Respondents, v. CIRILLO BROS. LAND CORP. et al., Appellants.— In an action to recover brokerage commissions, order granting plaintiffs' motion to vacate defendants' notice of examination before trial and denying defendants' cross motion to stay plaintiffs until the examination shall have been had, modified on the law and the facts by striking from the first ordering paragraph the word "granted" and by substituting therefor the word "denied." As so modified, the order is affirmed, with $10 costs and disbursements to appellants. The examination is to proceed on five days' notice. The notice relates to pertinent items that serve to elicit facts in advance of the trial. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.

■

WILLIAM ODUM, Respondent, v. CITY OF NEW YORK, Appellant.— Order granting motion for examination of defendant before trial, directing the production of certain records and documents, and directing that plaintiff be permitted to take photographs and make a survey and take measurements of a stated portion of defendant's subway, modified by striking out the last ordering paragraph permitting plaintiff to take such photographs and to make such survey and to take such measurements and substituting therefor a denial of the motion in that respect without prejudice to a renewal thereof, if after the directed examination necessity therefor be shown. As so modified, the order is affirmed, without costs, the examination to proceed on ten days' notice. No opinion. Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ., concur.